UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA06-10933

In Re: American Towers Securities Litigation
PLAINTIFF                                                          DEFENDANT

David Goldsmith                                                Matthew Martel

Louis Angelos                                                    Michael Smith

Ed Wallace                                                          Warren Pope

   COUNSEL FOR PLAINTIFF                            COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 6/11/08 | Also in attendance is Attorney Hilton Tomlison for the sole objector and Jason Adkins on a claim for fees as original plaintiff's counsel.  Court listens to the parties on the motion to approve settlement.  Court after listening to oral arguments allows the plaintiff's motion to approve the settlement and the allocation plan.  Court gives its reasoning from the bench.  Court now hears argument on the plaintiff's motion for attorneys fees.  Court decides to award 3.5 million dollars in attorneys fees and expenses.  Court denies the motion/ request for fees by the AKZ and BA firms.  Court signs the proposed orders to be entered by the clerk. |